IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE McLAUGHLIN; ROBERT JACOB; CHELSEA STEALS; JANICE BOYER; and LOUISE YOUNT, <br><br> Plaintiffs, <br><br> v. <br><br> BOROUGH OF CONWAY, PENNSYLVANIA, <br><br> Defendant. | C.A. No. 2:17-cv-00659-DSC |

## ORDER

1.  On May 19, 2017, Plaintiffs filed this lawsuit alleging that Defendant violated Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12134 ("ADA"), by refusing to authorize designated, reserved, accessible parking spaces in front of their homes and by its decision to remove the designated, reserved, accessible parking spaces it had previously authorized for Plaintiffs. On July 24, 2017, Defendant filed an Answer and Affirmative Defenses to Plaintiffs' Complaint denying liability.

2.  The Parties have entered into the attached Consent Decree in order to resolve Plaintiffs' claims against Defendant.

3. The Consent Decree is hereby approved and incorporated by reference in this Order.

4. The Parties stipulate that this case will be dismissed.

5. In accordance with the Consent Decree, the Court will retain continuing jurisdiction to interpret and enforce the Consent Decree.

**SO ORDERED:**

Dated: March 9, 2018

s/ DAVID STEWART CERCONE
Hon. David Stewart Cercone, J.